# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY SWIFT, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Case No. 07-748-PMF |
| KYLE A. RINELLA, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**FRAZIER, Magistrate Judge:**

The Court has been notified that the parties have consummated settlement of all remaining claims. IT IS ORDERED that all claims are DISMISSED WITH PREJUDICE. Each party shall bear his own costs. Judgment shall enter.

SO ORDERED: June 26, 2009.

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**