IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY SWIFT,          Plaintiff, | ) ) ) ) ) |
| vs. | ) CASE NO.  07-748-PMF ) |
| KYLE A. RINELLA, JEFF HUTCHINSON,          Defendants. | ) ) ) ) |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter came before the Court on Plaintiff's Motion to Dismiss the Amended Complaint with prejudice as to defendant Jeff Hutchinson, and pursuant to Stipulation of Dismissal as to defendant Kyle Rinella,

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  June 26, 2009.                                    JUSTINE FLANAGAN
                                                                              ACTING CLERK OF COURT

                                                                              By: s/Karen R. Metheney
                                                                                      Deputy Clerk

**APPROVED:**

*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**